UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE W. KISSELL, LIFE
PERFORMANCE PRODUCTS, LLC and
JAMKISS HOLDINGS, LLC,

    Plaintiffs,

v.                                    Case No: 8:15-cv-2539-T-23JSS

GARY D. SHAFER, III , LISA SHAFER,
SHAFECO, KLEARLABS, LLC,
NATURE'S RITE and STEVEN FRANK,

    Defendants.
_____/

## ORDER ON MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiff, Wayne W. Kissell's, Motion to Compel Discovery. (Dkt. 5.) In his motion, Plaintiff requests that the Court compel Defendants to produce any inventory of X-Cell labels in its control.

Under Federal Rule of Civil Procedure 26, a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by the Federal Rules of Civil Procedure, by stipulation, or by court order. Fed. R. Civ. P. 26(d)(1); M.D. Fla. Local R. 3.05(c)(2)(B). Upon review of the docket in this case, none of these conditions has been met, and

discovery is premature at this stage in the proceedings. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Compel Discovery (Dkt. 5) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on November 12, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties